**No. 42733.**—Petition 5698–R of American Import Co. (Galveston).

Opinion by KEEFE, J.   It was established that the advance in value was caused by a change in the rate of exchange used in converting reichmarks into dollars.

On the evidence presented it was found that there was no intention to defraud the revenue. The petition was therefore granted.